No. —, original. Ex parte Mauro Piergiovanni. January 4, 1937. Motion for leave to file petition for writ of habeas corpus denied.

No. 207. Helvering, Commissioner of Internal Revenue, *v.* Tex-Penn Oil Co.;

No. 208. Same *v.* Benedum; and

No. 209. Same *v.* Parriott. January 4, 1937. These cases are restored to the docket and assigned for reargument.

No. —, original. Ex parte Harry Clark. January 11, 1937. The rule to show cause herein is discharged and the motion for leave to file petition for writ of habeas corpus is denied.

No. —, original. Ex parte John Jobissy. January 11, 1937. Motion for leave to file petition for writ of habeas corpus denied.

No. 584. City Bus Co. *v.* Mississippi. January 18, 1937. *Per Curiam:* The appeal herein is dismissed for failure of the appellant to comply with Rule 12. *Messrs. Marcellus Green, Garner W. Green,* and *B. E. Eaton* for appellant. *Messrs. Greek L. Rice* and *W. W. Pierce* for appellee.